**Order entered September 27, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00866-CV

## MICHAEL WIERSCHEM, M.D., Appellant

## V.

## WILLIAM BOURGEOIS AND CAROLYN BOURGEOIS, Appellees

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-02281-2018**

## ORDER

Before the Court is appellees' September 26, 2019 unopposed motion for an extension of time to file their brief on the merits. We **GRANT** the motion and extend the time to **October 23, 2019**.

/s/      KEN MOLBERG
JUSTICE